**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 258 EAL 2014
:
           Respondent    :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
       v.            :
:
:
:
DONTE HODGES,         :
:
           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.